**Brian W. MAY, Relator,**

v.

**PLATINUM MERCHANDISING and Minn. W.C. Assigned Risk Plan/Berkley Administrators, Respondents.**

No. C0–98–2320.

Supreme Court of Minnesota.

March 1, 1999.

John J. Horvei, John J. Horvei, P.A., New Brighton, for relator.

Kim D. Amundson, Brown & Carlson, P.A., Minneapolis, for respondents.

### ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed June 20, 1998, be, and the same is, affirmed without opinion. *See* Minnesota Rules of Civil Appellate Procedure 136.01, subdivision 1(b).

BY THE COURT:

Alan C. Page
Alan C. Page
Associate Justice